# IN THE SUPREME COURT OF THE STATE OF NEVADA

LYRIC ARBOR DRIVE TRUST,
          Appellant,

vs.

BANK OF AMERICA, N.A.,
          Respondent.

No. 74890

**FILED**

AUG 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court summary judgment, certified as final under NRCP 54(b), in an action relating to real property. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our preliminary review of the documents before this court revealed a potential jurisdictional defect. Specifically, it appeared that the NRCP 54(b) certification was improper because no party has been completely removed from the action, and the certification did not expressly direct entry of judgment. *See* NRCP 54(b); *Mallin v. Farmers Ins. Exch.*, 106 Nev. 606, 797 P.2d 978 (1990). Accordingly, we directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

In response to our order to show cause, appellant states that there are "multiple issues that need to be addressed in the lower court," and that appellant "has no objection to this Court dismissing this appeal for lack

18-29791

of jurisdiction . . . ." As it appears that no final judgment has been entered below, we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____ Pickering , J.
　　　　Pickering

_____ J.
Gibbons

_____ , J.
　　　　Hardesty

cc:　Hon. Linda Marie Bell, District Judge
　　　Geisendorf & Vilkin, PLLC
　　　Akerman LLP/Las Vegas
　　　Eighth District Court Clerk